| UNITED STATES BANKRUPTCY COURT District of Kansas (Kansas City) |
|---|

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/4/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. **NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.**

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
**Patty L Shuler**
946 Wildcat Run
Gardner, KS 66030

| Case Number / Presiding Judge: | Social Security/Individual Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| **10–20238 / Robert D. Berger** | xxx–xx–2383 – Patty L Shuler |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Terry L Lawson | Eric C Rajala |
| 7000 NW PrairieView Road Suite 160 | 11900 College Blvd Suite 341 |
| Kansas City, MO 64151 | Overland Park, KS 66210 |
| Telephone number: 816–471–7722 | Telephone number: 913–339–9806 |

APPOINTMENT OF TRUSTEE: The trustee named above is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond on file with the clerk of the bankruptcy court.

### Meeting of Creditors

Date: **March 11, 2010**                            Time: **09:00 AM**

Location: **161 Robert J Dole US Courthouse, 500 State Avenue Room 173, Kansas City, KS 66101**

**All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting.
Non–lawyers SHOULD NOT bring cellular telephones, pagers, two–way radios, personal digital assistants, cameras or other electronic communication devices to the courthouse.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 5/10/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 161 Robert J. Dole US Courthouse | |
| 500 State Avenue | Clerk of the Bankruptcy Court: |
| Kansas City, KS 66101 | Fred Jamison |
| Telephone number: (913) 551–6732 | |
| Hours Open: 9:00 AM – 4:00 PM Monday – Friday | Date: 2/5/10 |
| Phone Hours: 9:30 AM – 3:30 PM Monday – Friday | |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

### D. Kan. LBR 6007.1 ABANDONMENT OF PROPERTY OF THE ESTATE

When the Clerk of the Court provides the Notice of Bankruptcy Case, Meeting of Creditors and Deadlines, the Notice shall contain a provision that within 60 days from the conclusion of the meeting of creditors held under § 341, the trustee may file notice of intended abandonment of any or all of the debtor's property in the estate as authorized by § 554 without further service on creditors or interested parties. Unless a creditor or interested party objects to abandonment within 75 days from the conclusion of the meeting of creditors held under § 341, the property subject to the intended abandonment will be deemed abandoned without further notice or order of the court.

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Feb 07, 2010.
```
db           +Patty L Shuler,   946 Wildcat Run,   Gardner, KS 66030-1774
aty          +Terry L Lawson,   7000 NW PrairieView Road Suite 160,   Kansas City, MO 64151-3808
tr           +Eric C Rajala,   11900 College Blvd Suite 341,   Overland Park, KS 66210-3939
6368115      +Bank Of America,   Po Box 17054,   Wilmington DE 19850-7054
6368117      +CCB Credit Services,   PO Box 272,   Springfield IL 62705-0272
6368116      +Carl R Shuler,   5324 N White Ave,   Kansas City MO 64119-3218
6368118      +Chase Manhattan Mortgage,   Attn: Research Dept. G7-PP,   3415 Vision Drive,
               Columbus OH 43219-6009
6368119      +Commerce Bk,   911 Main St,   Kansas City MO 64105-2009
6368120      +FMS, Inc,   PO Box 707600,   Tulsa OK 74170-7600
6368122      +LBA,   PO Box 3212,   Evansville IN 47731-3212
6368123      +Professional Recovery Services,   PO Box 1880,   Voorhees NJ 08043-7880
6368124      +Shawnee Mission Medical Center,   PO Box 930023,   Kansas City MO 64193-0023
6368125      +South & Associates,   6363 College Blvd,   Ste 100,   Leawood KS 66211-1881
6368127      +United Recovery Systems,   PO Box 722929,   Houston TX 77272-2929
```

The following entities were noticed by electronic transmission on Feb 05, 2010.
```
ust          +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov                    U.S. Trustee,
               Office of the United States Trustee,   301 North Main Suite 1150,   Wichita, KS 67202-4811
6368114      +EDI: AGFINANCE.COM Feb 05 2010 19:38:00      American General Finance,   Po Box 3121,
               Evansville IN 47731-3121
6368115      +EDI: BANKAMER2.COM Feb 05 2010 19:38:00      Bank Of America,   Po Box 17054,
               Wilmington DE 19850-7054
6368121      +EDI: FORD.COM Feb 05 2010 19:38:00      Ford Motor Credit Corporation,
               National Bankruptcy Center,   Po Box 537901,   Livonia MI 48153-7901
6368126      +EDI: WTRRNBANK.COM Feb 05 2010 19:38:00      Tnb-visa,   Po Box 9475,   Minneapolis MN 55440-9475
                                                                                          TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2010**                    **Signature:**   *Joseph Speetjens*